People *v.* Belcher. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1, October 19, 1971, at Lansing. (Docket No. 12399.) Decided November 30, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to unlawfully driving away an automobile and appeals. A motion to affirm has been filed by the people.

Upon examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.